**Opinion issued June 11, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-26-00335-CV

————————————————

**MATTHEW MUNSON, Appellant**

**V.**

**TPLC29 LLC; TP1488 LLC; LINDSEY INTEREST, L.L.C.; TPSTORAGE, LLC; AND LINDSEY COMMERCIAL PROPERTIES LLC AND LOCK AWAY HWY 105 WEST, LLC; PACIFIC RELIANT ONE, LLC VICTORIA DRIVE, LLC LOCK AWAY FM 1488, LLC; BRUNDAGE/CLAUSON, LLC; AND STRAT PROPERTY MANAGEMENT, INC., Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-88171**

---

**MEMORANDUM OPINION**

Appellant and appellees have filed a joint motion to dismiss the appeal because the parties have settled their differences. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion.

We dismiss the appeal. *See id.* Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.